**Santos Melvin MENDOZA–
MEJANO, Petitioner,**

v.

**Eric H. HOLDER, JR., Attorney
General, Respondent.**

No. 10–73441.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2015.*

Filed March 18, 2015.

Elizabeth Torres, Foss and Torres, Los Angeles, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John J.W. Inkeles, Esquire, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

### MEMORANDUM **

Santos Melvin Mendoza–Mejano, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We deny in part and grant in part the petition for review, and we remand.

Mendoza–Mejano does not challenge the BIA's finding that he abandoned his CAT claim. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir.1996) (issues not supported by argument are deemed waived). Thus, we deny the petition for review as to his CAT claim.

In denying Mendoza–Mejano's asylum and withholding of removal claims, the agency found he failed to establish past persecution or a fear of future persecution on account of a protected ground. When the IJ and BIA issued their decisions in this case, they did not have the benefit of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

this court's decisions in *Henriquez–Rivas v. Holder*, 707 F.3d 1081 (9th Cir.2013) (en banc), *Cordoba v. Holder*, 726 F.3d 1106 (9th Cir.2013), and *Pirir–Boc v. Holder*, 750 F.3d 1077 (9th Cir.2014), or the BIA's decisions in *Matter of M–E–V–G–*, 26 I. & N. Dec. 227 (BIA 2014), and *Matter of W– G–R–*, 26 I. & N. Dec. 208 (BIA 2014). Thus, we remand Mendoza–Mejano's asylum and withholding of removal claims to determine the impact, if any, of these decisions. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam). In light of this remand, we do not reach Mendoza–Mejano's remaining challenges to the agency's denial of asylum and withholding of removal.

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW DENIED in part; GRANTED in part; REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.